[No. 36477-8-II.   Division Two.   April 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN ALAN ROYER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-01997-0, Frederick W. Fleming, J., entered June 14, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 36616-9-II.   Division Two.   April 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE THOMAS OLMSTEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-8-00341-9, Paula Casey, J., entered June 28, 2007. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 36750-5-II.   Division Two.   April 22, 2008.]

THURSTON COUNTY, *Respondent*, v. MERRELL C. SAGER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-00746-2, Richard A. Strophy, J., entered October 12, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 26212-0-III.   Division Three.   April 22, 2008.]

KURT L. ENGLE, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-00469-2, Maryann C. Moreno, J., entered May 18, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Thompson, J. Pro Tem.